IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:22CR3067 |
|---|---|
| Plaintiff, | INFORMATION |
| vs. | 47 U.S.C. § 223(a)(1)(C) – Threatening Use of a Telecommunications Device |
| TRAVIS FORD, | |
| Defendant. | |

## **INFORMATION**

The United States charges:

1. At all times material to this Information, unless otherwise set forth, with all dates and times alleged to be "on or about":

2. TRAVIS FORD, the defendant, lived in or around Lincoln, Nebraska.

3. Instagram is a social networking service that allows individual users to view and comment on photographs or videos posted by others.

### **COUNT ONE**
**Threatening Use of a Telecommunications Device**
**(Title 47, United States Code, Section 223(a)(1)(C))**

4. The preceding paragraphs of this Information are hereby re-alleged and incorporated into this Count.

5. Between on or about August 10, 2021, and August 20, 2021, in the District of Nebraska and elsewhere, the defendant,

**TRAVIS FORD,**

did, in interstate and foreign communications, utilize a telecommunications device, whether or not conversation or communication ensued, without disclosing his identity and with intent to threaten

any specific person, by making the following threatening comments on a photograph posted to Public Official 1's Instagram account:

- On or about August 10, 2021: "Do you feel safe? You shouldn't. Do you think Soros will/can protect you?"

- On or about August 20, 2021: "Your security detail is far too thin and incompetent to protect you. This world is unpredictable these days….anything can happen to anyone.🤷‍♂️"

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

Dated: June 10, 2022

STEVEN A. RUSSELL
Acting United States Attorney
District of Nebraska

*Tessie Smith*
By: Tessie L. Smith
Assistant United States Attorney

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

JONATHAN JACOBSON
Digitally signed by JONATHAN JACOBSON
Date: 2022.06.10 18:30:03 -04'00'
By: Jonathan E. Jacobson
Trial Attorney