IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:22CR3067 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO UNSEAL** |
| | ) | **SENTENCING STATEMENT OF** |
| TRAVIS FORD, | ) | **DEFENDANT FILED AS** |
| | ) | **DOCUMENT #30 (PAGES 11-17 ONLY)** |
| Defendant. | ) | |

COMES NOW Defendant Travis Ford, by and through undersigned counsel, and requests the Court unseal document #30, pages 11-17 (Defendant's personal Sentencing Statement) because the Defendant would like his personal Sentencing Statement to be available to the public.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court deems just and equitable.

                                                                  TRAVIS FORD, Defendant,

By:    s/Jason E. Troia
           JASON E. TROIA, #21793
           Attorney for Defendant
           Dornan, Troia, Howard, Breitkreutz,
           Dahlquist & Klein PC, LLO
           1403 Farnam Street, Suite 232
           Omaha, Nebraska 68102
           (402) 884-7044 (phone)
           (402) 884-7045 (fax)
           jet@dltlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

    Jonathan E. Jacobsen, Assistant United States Attorney
    Tessie L. Smith, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    N/A

    s/Jason E. Troia
    JASON E. TROIA, #21793
    Attorney for Defendant